**FILED**

OCT 25 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

2:05-MJ-0309 PAN

IN THE MATTER OF           )   Misc. No. _____
THE EXTRADITION OF         )
LORENZO MACIAS RODRIGUEZ   )
a/k/a "Guillermo Saavedra" )
                           )
                           )

**ORDER**

BEFORE ME, a United States Magistrate Judge for the Eastern District of California, personally appeared Assistant United States Attorney Philip A. Ferrari, the complainant herein, whose complaint made under oath in accordance with 18 U.S.C. § 3184 sets forth facts on the basis of which I find probable cause to believe that LORENZO MACIAS RODRIGUEZ should be apprehended and brought before this Court so that the evidence of criminality may be heard and considered as provided in Title 18, United States Code, Section 3184, and the Extradition Treaty between the United States and Mexico.

1    IT IS THEREFORE ORDERED that a warrant for the arrest of
2 LORENZO MACIAS RODRIGUEZ be issued.
3
4 Date:
5
6                                    HON. PETER A. NOWINSKI
                                     U.S. MAGISTRATE JUDGE