UNITED STATES DISTRICT COURT

FOR THE EASTERN

DISTRICT OF CALIFORNIA

IN THE MATTER OF )
)
THE EXTRADITION OF ) 05-MJ-0309 PAN
)
LORENZO MACIAS RODRIGUEZ )

**CERTIFICATION OF EXTRADITABILITY
AND
ORDER OF COMMITMENT**

    The Court received a Complaint in this matter filed on October 25, 2005, by Philip A. Ferrari, Assistant United States Attorney for the Eastern District of California, acting on behalf of the Government of the United Mexican States, pursuant to its request for the provisional arrest of Lorenzo Macias Rodriguez. Subsequently, the Government of the United Mexican States made a formal request for the extradition of Lorenzo Macias Rodriguez.

    On January 12, 2006, the Court conducted an extradition hearing. The fugitive appeared with counsel, but offered no evidence in his own behalf.[1] The Court has carefully reviewed

---

[1] Indeed, extraditee Rodriguez filed no written opposition, and aside from a vaguely asserted identity issue at hearing, offered no reason why extradition should not take place. Counsel for Rodriguez may not have opposed the extradition in any meaningful fashion because there were simply no legitimate grounds on which to oppose it. However, to the extent that

1

the Declaration of Andrew N. Keller, attorney in the Office of the Legal Adviser, Department of State, and the authenticated documents submitted by the Government of the United Mexican States.

The Court finds that:

1. the undersigned judicial officer is authorized under Title 18, United States Code, Section 3184, to conduct an extradition hearing;

2. the Court has personal jurisdiction over the fugitive and subject matter jurisdiction over the case;

3. there is currently in force an extradition treaty between the United States and the United Mexican States;

4. the fugitive has been charged in the requesting state with Homicide;

5. this charge constitutes an extraditable offense within the meaning of Article 2, Paragraph 1 of the extradition treaty;

6. the requesting state seeks the extradition of the fugitive for trial for this offense; and

7. there is probable cause to believe that Lorenzo Macias Rodriguez, the fugitive and the same person who is before this court, committed the offense for which his extradition is sought. The evidence submitted my Mexico and certified by the Department of State includes sworn statements by two individuals who were eye-witnesses to the homicide of Remigio Rodriguez Macias. Both of these individuals positively identified the person who committed the homicide as Lorenzo Macias Rodriguez. These sworn

---

issues exist which the extraditee could have raised, the undersigned finds them waived.

1 statements were given shortly after the homicide and are
2 consistent with each other.  These statements are corroborated by
3 independent evidence in the record, including autopsy and
4 ballistic reports.  Moreover, no less than six individuals, all
5 of whom had long-standing relationships with Lorenzo Macias
6 Rodriguez, viewed a recent photograph of the fugitive and
7 positively identified him.

8     Based on the foregoing findings, the Court concludes that
9 Lorenzo Macias Rodriguez is extraditable for the offense for
10 which extradition was requested, and hereby certifies this
11 finding to the Secretary of State as required under Title 18,
12 United States Code, Section 3184.

13     IT  IS  THEREFORE ORDERED that a certified copy of this
14 Certification of Extraditability and Order of Commitment (and a
15 copy of the declaration of Solano County Correctional Sergeant
16 Mitch Mashburn, submitted by the United States) be forwarded
17 without delay by the Clerk to the Department of State, to the
18 attention of the Office of the Legal Adviser;

19     AND IT IS FURTHER ORDERED that Lorenzo Macias Rodriguez be
20 committed to the custody of the United States Marshal for this
21 District pending final disposition of this matter by the
22 Secretary of State and surrender to designated agents of the
23 Government of the United Mexican States.

25 Dated: 1/18/06            /s/ Gregory G. Hollows

                           _____
                           HON. GREGORY G. HOLLOWS
                           UNITED STATES MAGISTRATE JUDGE

28 rodriguez.ord